# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## No.: 5:07-cv-00017-RLV-DCK

WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,

    Plaintiffs,

v.

LENA HEAVNER,

    Defendant.

**ORDER**

Plaintiffs on September 11, 2007, having filed a Notice of Settlement (docket no. 10) and having requested a stay of this matter for sixty (60) days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court, and having represented that the notice of settlement was filed with the Consent of the defendant, and good cause appearing,

It is hereby **ORDERED** that this matter is stayed for a period of sixty (60) days from the date of this Order.

Signed: September 11, 2007

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge